The People of the State of New York ex rel. The City of New York, Respondent, v. Charles W. Smith and Others, the Assessors of the Town of Hempstead, in the County of Nassau, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York ex rel. Henry F. Dwyer, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements, and writ dismissed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Rastus S. Ransom, as Surviving Partner of the Copartnership of Ransom & Knevals, Respondent, v. Frazier Gilman, as Committee of Anna K. Gilman, a Lunatic, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Latham G. Reed, Respondent, v. Frazier Gilman, as Committee of Anna K. Gilman, a Lunatic, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Thomas Regan, Respondent, v. Manhattan Refrigerating Company, Appellant.— Order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Daniel P. Ritchey, Respondent, v. Henry H. Jackson, Appellant, Impleaded with Michael Benecasa and Pietro Altieri.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Fred C. Robbins, Appellant, v. Louisa A. Wood and Others, Defendants, Impleaded with Bridget Duffy and Patrick Duffy, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Jacob Sapirstein, Appellant, v. Samuel Gophrener, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Katharina Schlegel, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Hirschberg, J., taking no part.

Wilson F. Wakefield, Respondent, v. Philip B. Gaynor, and Franklin P. Perkins, as President, Defendants, and Edward V. Brophy and Others, as Trustees of the Village of Port Chester, New York, Appellants. — Judgment affirmed, with costs to be paid by the appellants personally. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.